**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 21, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-10685
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAMMIE JEANNE WARNER,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-00094-ALL-H
--------------------

Before BARKSDALE, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Tammie Jeanne Warner appeals the district court's revocation of her supervised release.  Warner, who is represented on appeal by the Assistant Federal Public Defender, has filed a <u>pro</u> <u>se</u> motion to supplement counsel's appellate brief.  Warner's <u>pro</u> <u>se</u> motion is DENIED.  <u>See</u> <u>United States v. Ogbonna</u>, 184 F.3d 447, 449 & n.1 (5th Cir. 1999); <u>see</u> <u>also</u> 5TH CIR. R. 28.7.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Warner argues that the district court failed to comply with the requirements set forth in <u>United States v. Grandlund</u>[**] in admitting the reports of the positive laboratory tests into evidence during the revocation proceeding.  Warner has not demonstrated that the district court departed from the procedures outlined in <u>Grandlund</u>.  See <u>Grandlund</u>, 71 F.3d at 511-12.

The district court's judgment revoking Warner's supervised release is AFFIRMED.

AFFIRMED; MOTION TO SUPPLEMENT COUNSEL'S BRIEF BY APPELLANT <u>PRO</u> <u>SE</u> DENIED.

---

[**] 71 F.3d 507 (5th Cir. 1995), <u>opinion clarified</u>, 77 F.3d 811 (5th Cir. 1996).